**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Southern New England
Telephone Company

    v.                                               Miscellaneous No.
                                                      07-mc-43-JM

Global Naps, Inc., et al.

    and

Pacific Bell Telephone Co.

    v.

Global Naps, California, Inc., et al.

**O R D E R**

    BABP (VI), LLC moves to quash two related subpoenas served on it with respect to a case in Connecticut and one in California.

    The scrivener's error on the Connecticut related subpoena is not a basis to quash the subpoena and the Court deems the subpoena modified.

    If discovery is to be stayed, it will be done by order of the court with jurisdiction over the principal case.  Given the apparent connection of movant to the defendants, the plaintiffs are well within their right to seek the depositions.

    The information sought is relevant and not overly broad.

The motion (Document no. 1) is denied and the movant is ordered to comply forthwith.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: September 6, 2007

cc:  Silas Little, III, Esq.
     William J. Rooney, Jr., Esq.